## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### Choose Division DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-CR-165-SEP-JMB-2 |
| | ) | |
| CAMORYN HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Camoryn Harris's Second Motion to Travel, in which Defendant requests permission to travel to Chicago, Illinois, from January 3, 2026, to January 5, 2026, to attend an NFL Football game between the Bears and the Lions. (ECF No. 103.) Defendant's pretrial officer and the government do not oppose this travel request.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Travel (ECF No. 103) is **GRANTED**. Defendant is permitted to travel to Chicago, Illinois from January 3, 2026, to January 5, 2026, to attend the football game.

**IT IS FINALLY ORDERED** that Defendant shall continue to abide by the other conditions listed in the Order Setting Conditions of Release (ECF No. 22), and any other restrictions imposed by his pretrial services officer.

Dated this 30th day of December 2025.    **JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

1